# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Amy Scott v. ~~Alan Jaffer~~ AS

Case No. 3:20cv211 KAD
(To be supplied by the Court)

FEB 13 2020 PM4:23
FILED-USDC-CT-HARTFORD

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. ~~Amy Scott~~ AS is a citizen of ~~Connecticut~~ AS who
   (Plaintiff)                    (State)
   presently resides at ~~48 Roundtree Dr. Naugatuck, CT 06770~~ AS
   (mailing address)

2. Defendant Alan Jaffer is a citizen of Connecticut
   (name of first defendant)         (State)
   whose address is 57 Corn Tassel Rd, Naugatuck, CT 06770

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _____

_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** _____

_____

_____

Supporting Facts:

_____          _____
Original signature of attorney (if any)          **Plaintiff's Original Signature**

_____          _____
Printed Name                                     Printed Name


( )                                              ( )
Attorney's full address and telephone            Plaintiff's full address and telephone

Email address if available                       Email address if available


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Hartford, CT_____ on __2/13/2020__
           (location)                    (date)

                                         _Amy Scott_____
                                         **Plaintiff's Original Signature**


(Rev.3/29/16)

5

Causing my son Brett to have PTSD. My son was also a witness to my physical and mental abuse by Alan Jaffer. My son (Brett Jaffer), has been hospitalized twice at Yale YPI, Yale Children's Pych hospital for Suicide ~~attempts~~ threats in July 2019.

My son Brett was then Hospitalized at Waterbury hospital, for psychiatric reasons, Suicide threats. During my sons' inpatient stay on 1/29/20, My son's father attempted to sign my son out of Waterbury hospital because he didn't think my son needed psychiatric care. Doctors at Waterbury Hospital were putting my son inpatient and sending my son to an acute psychiatric Pediatric Hospital in Katonah, NY.

On 2/8/20 my son's father Alan Jaffer had visited our son Brett at four Winds, the acute psychiatric Hospital in NY, and was belliger-

Brett Jaffer, I have joint legal custody, with final medical say. I am also the legal guardian, mother and have physical custody of our son Brett Jaffer age 10.

Also at Waterbury hospital my husband (Randall Scott) and I were informed my ex husband Alan Jaffer refused to leave the Hospital when he was told by Doctors and Social Workers that Brett Jaffer (son) was being transferred for a Higher level of Care to a acute Psychiatric Hospital in NY.

Alan Jaffer has a history of violent behaviors. Domestic violence, threatening, Drug convictions, a felony drug conviction, contoled substance. Alan Jaffer has a long criminal record and is a danger to our son (Brett Jaffer). He is denying medical care to our son, threatening our son, coercising our son. Alan puts lewd thoughts into our son's head about my husband and me. My ex husband has called the police, and had our son call the police for unsubstansiated claims of abuse and physical harm. DCF worker, Jackie

physical abuse, Verbal abuse, denial of Care (removing from Psych Hospital) saying our son has no need for further Psychiatric Care.

I also ask the Court, your honor for a restraing order, not allowing physical contact, Verbal contact.

My son is going to be treated in a Psychiatric residential Program. I fear my ex husband will attempt to sign our Son (Brett Jaffer), out of said facility, to be decided by Dcf + four Winds Hospital. Alan Jaffer has a long history of both criminal

and family crimes.

I ask the court to grant my requests. This is an emergency request.

Thank you,

Amy Scott